# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENISE DEVAULT<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>Defendants. | Case No. 2:22-cv-04360-JLS-PD<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT EXPERIAN SOLUTIONS, INC. (Doc. 21) AND ENTIRE ACTION** |

## ORDER

Pursuant to the parties' Stipulated Request for Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. ("Experian") (Doc. 21), Experian is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. As no defendants remain in this action, it is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: November 28, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE